Commonwealth *v.* Barlow, Appellant.

Submitted March 13, 1972. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Bartkowski, Appellant.

Submitted March 20, 1972. *David Kanner,* and *Kanner, Stein, Feinberg & Barol,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.